IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| vs. | : | NO.  10-664 |
| | : | |
| JEAN JOSEPH | : | |
| a/k/a "Shaka" | : | |

### O R D E R

**AND NOW**, this     3rd     day of November, 2011, upon consideration of the defendant's motion to suppress physical evidence (Document #26), the government's response thereto (Document #29), and after a hearing on the motion, it is hereby ORDERED that the motion is DENIED in its entirety.

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.