# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> *v.* <br><br> **JEAN JOSEPH** <br>   **a/k/a "Shaka",** <br><br> Defendant. | **CRIMINAL ACTION** <br><br><br> **NO. 10-664-KSM** |

## ORDER

**AND NOW**, this 12th day of July, 2021, upon consideration of Defendant Jean Joseph's

Motion to Vacate, Set Aside, or Correct Sentence and Conviction under 28 U.S.C. § 2255 (Doc.

No. 86), the Government's Response in Opposition (Doc. No. 88), and Defendant's Reply (Doc.

No. 91), **IT IS SO ORDERED** that the motion is **DENIED**.

*/s/ Karen Spencer Marston*

_____
KAREN SPENCER MARSTON, J.