### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **JEAN JOSEPH,** Defendant. | **CRIMINAL ACTION** <br><br> **NO. 10-664-KSM-1** |

### ORDER

**AND NOW**, this 9th day of November, 2021, upon consideration of Jean Joseph's Emergency Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 94), the Government's opposition brief (Doc. No. 105), all documents filed in connection therewith, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Joseph's Motion is **DENIED**.

**IT IS SO ORDERED**.

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.